UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 19-0507 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of December 11, 2023, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

In this case, four DOJ components are responding to Plaintiff's FOIA requests: the Criminal Division ("CRM"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Office of Information Policy[1] ("OIP"). This case involves Plaintiff's request for records (1) relating to the proposed declassification of certain DOJ records as ordered by President Trump on September 17, 2018, and (2) records of communication sent by or addressed to DOJ official Bruce Ohr between September 16 and 18, 2018. ECF No. 1 ¶ 5.

As previously reported, OIP, on behalf of the Office of the Attorney General and Office

---

[1] OIP's Initial Request Staff is responsible for processing FOIA requests for records within OIP and from six senior leadership offices of the Department of Justice, specifically the Offices of the Attorney General, the Deputy Attorney General, and the Associate Attorney General, and the Offices of Legislative Affairs, Legal Policy, and Public Affairs.

of the Deputy Attorney General, was the only DOJ component that had not completed its response to Plaintiff's request. Plaintiff has advised Defendant that it will not challenge any unclassified records that OIP withheld in full. With respect to OIP's processing of classified material, the agency previously reported that it completed its review of all such material and had sent it for consultation with other Executive Branch equity holders.

Since the last Joint Status Report, OIP reports that, by letter dated February 26, 2024, it provided its final response to Plaintiff's FOIA request. Plaintiff is reviewing the response. Once Plaintiff has reviewed OIP's response, the parties expect to meet and confer to discuss narrowing or eliminating issues requiring judicial resolution.

Based on the foregoing, the parties propose to file a further Joint Status Report on May 24, 2024, advising the Court of the status of the matter and proposing further proceedings.

Dated: February 26, 2024

Respectfully submitted,

> /s/ Jason B. Aldrich
> JASON B. ALDRICH
> D.C. Bar Number 495488
> JUDICIAL WATCH, INC.
>
> 425 Third Street, S.W., Suite 800
> Washington, D.C. 20004
> Telephone: (202) 646-5172
>
> jaldrich@judicialwatch.org
> Counsel for Plaintiff

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BENTON PETERSON
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2534

benton.peterson@usdoj.gov

Counsel for Defendant

3.